March 05, 2004

Mr. Arthur J. Anderson
Winstead Sechrest & Minick
1201 Elm Street, Suite 5400
Dallas, TX 75270-2199
Mr. Robert F. Brown
Brown & Hofmeister, L.L.P.
1717 Main Street, Suite 4300
Dallas, TX 75201-4335

RE: Case Number: 02-0033
 Court of Appeals Number: 10-99-00232-CV
 Trial Court Number: 56414

Style: SHEFFIELD DEVELOPMENT COMPANY, INC.
 v.
 CITY OF GLENN HEIGHTS, TEXAS

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Billie Ann |
| |Fuller |
| |Ms. Sharri |
| |Roessler |